United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GISELLE MORALES MORALES,          §
                                  §
         Petitioner,              §
                                  §
VS.                               §   CIVIL ACTION NO. 1:26-CV-767
                                  §
TODD M. LYONS, *et al.*,          §
                                  §
         Respondents.             §

## ORDER

Petitioner Giselle Morales Morales moves to dismiss her Petition for Writ of Habeas Corpus (Doc. 1) as moot. (Motion, Doc. 4) The Court finds that good cause supports the requested relief.  Accordingly, it is:

**ORDERED** that Petitioner Giselle Morales Morales's Motion to Dismiss as Moot (Doc. 4) is **GRANTED**; and

**ORDERED** that Petitioner Giselle Morales Morales's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

Signed on August 4, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1